UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-6304 CAS (CWx) | Date | August 2, 2012 |
|---|---|---|---|
| Title | SELENE RMOF REO ACQUISITION, LLC ET AL. v. SANDRA J. SCHER, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED

**I.   INTRODUCTION**

On May 14, 2012, plaintiffs Selene RMOF REO Acquisition, LLC and Selene Finance, LP, filed an unlawful detainer action in Los Angeles County Superior Court against *pro se* defendants Sandra J. Scher, a/k/a Sandy J. Scher, and Artemis Lister.

On July 27, 2012, defendants filed a notice of removal to this Court pursuant to 28 U.S.C. § 1446. Defendants allege that plaintiffs violated various provisions of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. See Dkt. No. 1.

As an initial matter, the notice of removal appears to be untimely. Pursuant to 28 U.S.C. §1446(b), a notice of removal in a civil action must be filed within thirty days after the defendant receives a copy of the complaint or summons. Here, the action was filed on May 14, 2012, yet defendants did not remove until July 27, 2012. Thus, the removal appears to be untimely.

Furthermore, the law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law."). A defendant's attempt at creating federal subject matter jurisdiction by adding claims or defenses to a notice of removal must fail. McAtee v. Capital One, F.S.B., 479 F.3d 1143, 1145 (9th Cir. 2007).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-6304 CAS (CWx) | Date | August 2, 2012 |
|---|---|---|---|
| Title | SELENE RMOF REO ACQUISITION, LLC ET AL. v. SANDRA J. SCHER, ET AL. | | |

Here, the only claim asserted by plaintiffs is for unlawful detainer against defendants. See Dkt. No. 1. Defendants cannot create federal subject matter jurisdiction by adding claims or asserting defenses. McAtee, 479 F.3d at 1145. Accordingly, the Court appears to lack subject matter jurisdiction. Suarez, 2011 U.S. Dist. LEXIS 82300 at *6.

Defendants are hereby ORDERED to SHOW CAUSE on or before August 22, 2012, why the instant action should not be remanded for lack of subject matter jurisdiction.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |